**Cherry v. United States**
**2:15-cv-00236-GMS**

**EXHIBIT LIST**

A. Curriculum Vitae of Christopher Reardon, M.D.

B. Deposition of Christopher Reardon, M.D., taken August 14, 2015

# EXHIBIT A

# Christopher L. Reardon

Work address:
Department of Dermatology, 11C/16
Phoenix VA Health Care System
Phoenix, Arizona 85012-1892
(602) 277-5551 ext 7482    FAX (602) 200-6288
christopher.reardon@va.gov

Home address:
7413 E. Buena Terra Way
Scottsdale, Arizona 85250
(480) 275-4737

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2013 – Present | **Head, VISN 18 Teledermatology Program**<br>Phoenix VA Health Care System, Phoenix, AZ |
| 2011 - Present | **Professor of Internal Medicine**<br>University of Arizona College of Medicine, Phoenix, AZ |
| 2007 - 2011 | **Professor of Clinical Medicine**<br>University of Arizona College of Medicine, Tucson, AZ |
| 2006 - 2012 | **Adjunct Professor of Life Sciences**<br>Arizona State University, Tempe, AZ |
| 2005 - Present | **Chief of Department of Dermatology**<br>Phoenix VA Health Care System, Phoenix, AZ |
| 2002 - 2005 | **Chief of Department of Dermatology**<br>Veterans Administration Medical Center, Denver, CO |
| 2000 - 2005 | **Associate Professor of Immunology**<br>University of Colorado Health Sciences Center, Denver, CO |
| 2000 - 2005 | **Director of Cancer Center Flow Cytometry Core Laboratory** University of Colorado Health Sciences Center, Denver, CO |
| 1999 - 2005 | **Associate Professor of Dermatology**<br>University of Colorado Health Sciences Center, Denver, CO |
| 1998 - 2005 | **Director of Cancer Center Immunology Core Laboratory**<br>University of Colorado Health Sciences Center, Denver, CO |
| 1998 - 2005 | **Veterans Administration Physician in Dermatology**<br>Veterans Administration Medical Center, Denver, CO |
| 1995 - 2000 | **Assistant Professor of Immunology**<br>University of Colorado Health Sciences Center, Denver, CO |
| 1994 - 1996 | **Co-Director of Pigmented Lesion and Melanoma Clinic**<br>University of Colorado Health Sciences Center, Denver, CO |
| 1992 - 1999 | **Assistant Professor of Dermatology**<br>University of Colorado Health Sciences Center, Denver, CO |
| 1990 - 1992 | **Instructor of Dermatology**<br>University of Colorado Health Sciences Center, Denver, CO |
| 1989 - 1991 | **Immunodermatology Fellow**<br>University of Colorado Health Sciences Center and National Jewish Medical and Research Center, Denver, CO |
| 1987 - 1990 | **Residency in Dermatology**<br>University of Colorado Health Sciences Center, Denver, CO |
| 1987 | **Internship in Internal Medicine**<br>Thomas Jefferson University Hospital, Philadelphia, PA |

## EDUCATION

| | |
|---|---|
| 1986 | **Doctor of Medicine**<br>University of Arizona, Tucson, AZ |
| 1983 | **Doctor of Philosophy in Molecular Biology**<br>Primary research area: Immunology<br>University of Arizona, Tucson, AZ |
| 1975 | **Bachelor of Science in Biological Sciences**<br>University of California at Irvine |

## CERTIFICATION

| | |
|---|---|
| 1990 | Board Certification in Dermatology |
| 1990 | Colorado State Medical Licensure |
| 1991 | Board Eligible in Immunodermatology |
| 2010 | Arizona State Medical Licensure |

## ACADEMIC AWARDS AND HONORS

| | |
|---|---|
| 1975 | Honors in Research in the Biological Sciences, UC Irvine |
| 1987 | Diplomate, American Board of Medical Examiners |
| 1990 | Diplomate, American Board of Dermatology |
| 1990 | Upjohn Award for Excellence in Dermatology Research |
| 2008 | Performance Award, Phoenix VA Health Care System |

## SERVICE

### Outreach

Chairman, Executive Cancer Committee, PVAHSC
Director of Dermatology Surgical Clerkship for 3rd year students, U of A COM
Medical Student Electives Subcommittee Member, U of A College of Medicine
Membership, University of Arizona Cancer Center
Mayo Visiting Clinician, Mayo Clinic, Scottsdale
Fellow, American Academy of Dermatology, Medical Education # 00301860625
Membership, American Association of Immunologists
Membership, Society for Investigative Dermatology
Membership, American Association for the Advancement of Science
Membership, Phoenix Dermatologic Society
Manuscript reviewer for Journal of Investigative Dermatology
Manuscript reviewer for Journal of Immunological Methods
NIAMS Study Section, R-21 High Risk Research Grants
Medical Student and Resident Training: University of Arizona COM, Midwestern University, AT Still University, Banner-Good Samaritan Hospital, Scottsdale Healthcare Medical Center, Phoenix Baptist Hospital, Maricopa County Hospital.

## PUBLICATIONS

### Chapters

Reardon, C, Lahn, M. Establishment of T cell lines and clones, hybridomas and transfectomas for the assessment of T-cell function. Immunology of Infection. 2nd Edition. (S.H.E. Kaufmann and S. Kabelitz, Eds.) Academic Press, Ltd., 2002.

Born, W, Cady, C, Lahn, M, Mukasa, A, Tsuji, M, Reardon, C, O'Brien, R. Establishment of murine T cell lines and clones, hybridomas and transfectomas. Immunology of Infection. (S.H.E. Kaufmann and S. Kabelitz, Eds.) Academic Press, Ltd. 1998.

O'Brien, R, Ellis Roark, C, Reardon, C, Heyborne, K, Born, W. Preparation of $\gamma\delta$ T cells from liver, mammary gland, and uterus. Immunology Methods Manual. (Ivan Lefkovits, Ed.) Academic Press, Ltd. 1997.

Born, W, DeGroot, MA, Fu, Y-X, Roark, CE, Heyborne, K, Kalataradi, H, Kelly, KA, Reardon, C, O'Brien, R. Polyclonal responses of $\gamma\delta$ T cells to heat shock proteins. In: Stress Proteins in Medicine. (W. van Eden, Ed.), 1994.

2

O'Brien, R, Fu, Y-X, Roark, C, Harshan, K, Kelly, K, Vollmer, M, Eyster, C, Carrington, D, Reardon, C, Heyborne, K, Born, W.  The response of $\gamma\delta$ T cells to heat shock proteins.  Proceedings of the XIIth UOEH International Symposium: Stress Proteins, Kitakyshu, Japan, J. of UOEH 15:238-245, 1993.

Reardon, CL, Lucas, DO.  $Zn^{++}$- and $Hg^{++}$-mediated induction of mitogenesis, cell-mediated cytotoxicity, and interferon production in murine lymphocytes.  In: Intercellular Communication in Leucocyte Function.  Proceedings of the Fifteenth Leucocyte Culture Conference.  (JW Parker and RL O'Brien, eds), pp 449-452, John Wiley & Sons, Inc., New York, 1977.

## Published Case Reports

Payton, D, Reardon, CL, Statler, M.  A serious condition or a benign masquerade?  Mycosis Fungoides.  J. Amer. Acad. Phys. Assist.  21:18, 2008.

## Published Manuscripts

Bagdade JD, Knight-Gibson C, Simpson N, Gerkin R, Alaupovic P, Reardon C.  CETP-mediated cholesteryl ester enrichment of apoB subclasses in type 1 diabetes.  Eur J Clin Invest. 42(7):709-716, 2012.

Reardon, CL.  TCRJ and BCRJ gene segments contain 5' D-like sequences that contribute to repertoire diversity.  Immunogenetics: 61:673-687, 2009.

Reardon, CL, Hu, L-J, Born, WK, Arden, B, O'Brien, RL.  A new mechanism for generating TCR diversity: a TCR J$\alpha$-like gene that inserts partial nucleotide sequences in a D-gene manner.  Molec. Immunol. 44:906-915, 2007.

Klein, J, Permana, PA, Owecki, M, Chaldakov, GN, Bohm, M, Hausman, G, Laiere, CM, Atanassova, P, Sowinski, J, Fasshauer, M, Hausman, DB, Maquoi, E, Tonchev, AB, Paneva, VN, Vlachanov, KP, Fiore, M, Aloe, L, Sominski, A, Reardon, CL, Ryan, TJ, Pond, CM.  What are subcutaneous adipocytes really good for?  Exper. Dermatol. 16: 45-70, 2007.

Reardon, CL, Born, WK, O'Brien, RL.  A unique V$\gamma$5-T-cell population in the mammary gland.  Molec. Immunol. 43:1057-1061, 2006.

Born, WK, Reardon, CL, O'Brien, RL.  The function of $\gamma\delta$-T cells in innate immunity.  Current Opinion Immunol. 18: 31 – 38, 2006.

Born, WK, Vollmer, M, Reardon, C, Matsuura, E, Voelker, DR, Giclas, PC, O'Brien, RL.  Hybridomas expressing gamma delta T-cell receptors respond to cardiolipin and beta2-glycoprotein 1 (apolipoprotein H).  Scand. J. Immunol. 58:374-81, 2003.

Seo, S, Lahn, M, Cady, C, Vollmer, M, O'Brien, R, Born, W, Reardon, CL.  Activation of murine epidermal V$\gamma$5/V$\delta$1-TCR$^+$ T cells by Glu-Tyr copolymers requires co-stimulatory signals.  J. Invest. Dermatol. 116: 880-5, 2001.

Cady, C, Lahn, M, Vollmer, M, Tsuji, M, Seo, S, Cook, R, Reardon, C, O'Brien, R, Born, W.  Response of murine $\gamma\delta$-T cells to the synthetic polypeptide poly Glu$^{50}$Tyr$^{50}$.  J. Immunol. 165(4):1790-8, 2000.

Saloga, J, Leung, DYM, Reardon, C, Giorno, RC, Born, W, Gelfand, EW.  Cutaneous exposure to the superantigen staphylococcal enterotoxin B elicits a T-cell-dependent response.  J. Invest. Dermatol. 106:982-988, 1996.

Reardon, C, Heyborne, K, Tsuji, M, Zavala, F, Tigelaar, R, Tsugi, M, O'Brien, R, Born, W.  Murine epidermal V$\gamma$5/V$\delta$1-TCR$^+$ T cells respond to B cell lines and lipopolysaccharides.  J. Invest. Dermatol. 105:58S, 1995.

Reardon, C, Vollmer, M, Cranfill, R, O'Brien, RL, Born, W.  Response of a murine epidermal V$\gamma$1/V$\delta$6-TCR$^+$ hybridoma to heat shock protein, HSP-60.  J. Invest. Dermatol. 103:544-546, 1994.

Heyborne, KW, Fu, X-Y, Kalataradi, H, Reardon, C, Roark, C, Eyster, C, Vollmer, M, Born, W, O'Brien, R.  Evidence that murine V$\gamma$5 and V$\gamma$6 $\gamma\delta$-TCR$^+$ lymphocytes are derived from a common distinct lineage.  J. Immunol. 151: 4523-4529, 1993.

O'Brien, R, Ellis, CL, Carding, SR, Heyborne, KD, Reardon, C, Kaltaradi, H, Fu, Y-X, Born, W.  Antigen recognition by $\gamma\delta$ T cells: The HSP-60 reactive subset.  In: Adv. Allergy Immunol. 2:35-46, 1993.

Born, W, Fu, Y-X, Kalataradi, H, Ellis, T, Reardon, CL, Heyborne, K, O'Brien, R.  Germ-line-encoded recognition of certain short peptide antigens?  Chem. Immunol. 55:185-195, 1992.

O'Brien, RL, Fu, Y-X, Cranfill, R, Dallas, A, Reardon, CL, Lang, J, Carding, S, Kubo, R, Born,W.  HSP-60 reactive $\gamma\delta$-TCR$^+$ cells: A large, diversified T lymphocyte subset with highly focused specificity.  Proc. Natl. Acad. Sci. USA 89:4348-4352, 1992.

Reardon, CL, Born ,W, O'Brien RL.  Murine $\gamma\delta$ T lymphocyte recognition of HSP-60: A possible source for bacterial immunity or autoimmunity.  Chem. Immunol. 53:121-128, 1992.

Reardon, CL, Lefrancois, L, Farr, A, Kubo, R, O'Brien, R, Born, W.  Expression of gamma-delta T-cell receptors on lymphocytes from the lactating mammary gland.  J. Exp. Med. 172:1263-1266, 1990.

Born, W, Happ, MP, Dallas, A, Reardon, C, Kubo, R, Shinnick, T, Brennan, P, O'Brien R.  Recognition of heat shock proteins and gamma-delta cell function.  Immunol. Today 11:40-43, 1990.

Reardon, CL, Lucas, DO.  Heavy-metal mitogenesis. II. Thymocyte activation by Zn$^{..}$ requires 2-mercaptoethanol and lipopolysaccharide as cofactors.  Immunobiol.175:455-469, 1987.

Reardon, CL, Lucas, DO.  Heavy-metal mitogenesis. I. Zn$^{..}$ and Hg$^{..}$ induce cellular cytotoxicity and interferon production in murine T lymphocytes.  Immunobiol. 174:233-243, 1987.

Reardon, CL.  Intracellular localization of virus particles in yeast.  J Undergrad Res Biol Sci 5:148, 1976.

## Work in Progress (Manuscripts submitted or to be submitted)

Franco, D, Reardon, CL.  Apolipoprotein J regulates the ER unfolded protein stress response.

Matheis, P, Jang, H-S, Reardon, CL.  Production of lipopolysaccharide-binding protein by human and mouse keratinocyte cell lines.

Reardon, CL, Walsh, P.  Innate immunity-mediated eradication of metastases of M-CSF gene-transduced melanoma cells.

Bird, M, Wallner, J, Lu, L, Reardon, CL.  Pulmonary carcinoid-associated development of generalized morphea may be mediated by paracrine production of growth factors.

## CLINICAL RESEARCH

Sponsor: Thermosurgery Technologies, Inc.
Phase IV Evaluation of the safety and efficacy of controlled localized hyperthermia in the treatment of cutaneous basal cell carcinomas. $232,140
Principal Investigator: Christopher L. Reardon, Ph.D. M.D.
Status: IRB approved 9/2010

## SCHOLARLY PRESENTATIONS

### Symposia

The future of immunomodulatory treatments for skin diseases. Korean Dermatological Society, Seoul, South Korea, 2000. (invited presentation)

Detection of intracellular cytokines in epidermal cells by immunofluorescent labeling of the Golgi apparatus. Parapsoriasis, Snowbird, Utah, 1996. (invited presentation)

$V\gamma 5$-$TCR^+$ T cells of the mouse mammary gland. World Congress of Dermatology, New York, New York, 1992. (invited presentation)

### Courses

Immunology course: T cells. American Academy of Dermatology. 1996

### Continuing Medical Education Seminars

Common dermatological conditions and treatments (2008)

### Seminars

Drug eruptions. Chung-Ang University College of Medicine. Seoul, South Korea, 2000. (invited presentation)

A new mechanism for generating TCR diversity: a TCR $J\alpha$-like gene that inserts partial nucleotide sequences in a D-gene manner. 3M Pharmaceuticals. 2004 (invited presentation)

Many Research in Progress seminars. Department of Dermatology, University of Colorado Health Sciences Center and Department of Immunology National Jewish Center for Research and Medicine, Denver, CO

### Conferences

Reardon, CL, O'Brien, R, Born, W. Murine epidermal T cell hybridomas express $\gamma\delta$-TCR other than $V\gamma 5$. J Invest Dermatol. 96: 627, 1991.

Reardon, CL. Activation of T cells by low molecular weight endogenous cellular factors. Keystone Symphosia, Taos, NM, 1992.

Reardon, CL, O'Brien, R, Born, W. Activation of murine epidermal T cell hybridomas by small molecular weight endogenous cell products. J Invest Dermatol. 98: 592, 1992.

Reardon, CL, O'Brien, R, Born, W. Activation of a murine epidermal $V\delta 6$-$TCR^+$ hybridoma by heat shock protein, HSP-60. J Invest Dermatol. 100: 565, 1993.

Reardon, CL, O'Brien, R, Born, W. The reactivity of murine $V\gamma 5/V\delta 1$-$TCR^+$ epidermal T cell lines is not restricted to keratinocytes. J Invest Dermatol. 102: 629, 1994.

5

Reardon, CL, Abrams, J, Tsuji, M, O'Brien, R, Born, W. Murine Vγ5/Vδ1-TCR+ epidermal T cell lines are activated by B cell lines and by bacterial LPS. Western Regional Society for Investigational Dermatology, 1995.

Johnson ML, Walsh P, Reardon CL. Detection of intracellular cytokines in epidermal cells by immunofluorescent labeling of the Golgi apparatus with cytokine-specific monoclonal antibodies. J Invest Dermatol. 104: 653, 1995.

Reardon, CL, Zekman, T, Born, WK, O'Brien, RL. Vγ5-TCRs of murine mammary T cells are distinct from Vγ5-TCRs of epidermal T cells. J Invest Dermatol. 104: 879, 1995.

Johnson ML, Walsh P, Reardon CL. Monensin facilitates Golgi staining of intracellular cytokines in epidermal cell lines. J Invest Dermatol. 106: 930, 1996.

Seo, SJ, Walsh P, Reardon, CL. Increased survival of $\alpha\beta$-TCR-knock out mice to inoculation with M-CSF-transduced B16F10 melanoma cells. J Invest Dermatol 108: 632, 1997

Wallner, JS, Reardon, CL. Characterization of LPS receptors on human and mouse keratinocytes. J Invest Dermatol. 110:554, 1998.

Johnson, ML, Walsh, P, Kelly, KA, Reardon, CL. Macrophage Colony Stimulating Factor (M-CSF) protein production by murine but not human keratinocytes. J Invest Dermatol. 110:654, 1998.

Hu, L-J, Wallner, JS, Reardon, CL. Expression of integrin molecules on human and mouse keratinocytes. J Invest Dermatol. 112:577, 1999.

Parker, ER, Padilha, M, Reardon, CL. Organized expression of lipopolysaccharide receptors in human and murine skin and in squamous cell and basal cell carcinomas. J Invest Dermatol. 114:873, 2000.

Reardon, CL, Mason, T, Bickel, R, Meech, S. Enhanced Sensitivity for Detecting Fas-Mediated Cellular Cytotoxicity with the Europium-Chelate Release Assay. J Invest Dermatol. 114:873, 2000.

Born, WK, Cady, CT, Lahn, M, Aydintug, MK, Reardon, C, O'Brien, RL. Are hybridomas useful in predicting ligand specificities of gamma/delta T cells? AAI & CIS Immunology 2000.

Jang, H-S, Reardon, CL. Activation of human keratinocytes by the LPS-mimetic, Taxol, is likely mediated through lipopolysaccharide receptors. J Invest Dermatol. 117:424, 2001.

Matheis, P, Jang H-S, Reardon, CL. Production of lipopolysaccharide-binding protein by human and mouse keratinocyte cell lines. J Invest Dermatol. 119:324, 2002.

Jang, H-S, Reardon, CL. Correlation between the level of Toll-like receptor 4 expression and cytokine production in response to lipopolysaccharide by human and mouse keratinocyte cell lines. J Invest Dermatol. 119:324, 2002.

Jang, H-S, Reardon, CL. Peptiodoglycan upregulates expression of various components of the microbial recognition receptor complex, TLR2, TLR4, CD14, and CD11b/CD18 in human and mouse keratinocyte cell lines. J Invest Dermatol. 121:1036, 2003.

Jang, H-S, Reardon, CL. Expression of Toll-like receptors in human and mouse keratinocyte cell lines, normal and diseased skin. J Invest Dermatol. 122A:133, 2004.

Reardon, CL. Do the 5' ends of J$\alpha$ genes contain remnants of TCR D$\alpha$/$\delta$ sequences contributed by ancient D$\delta$ or D$\alpha$ segments? Gamma-delta T cell conference, 2006.

Reardon, CL, Hu, L-J, Born, WK, Arden, B, O'Brien, RL. A new mechanism for generating TCR diversity: a TCR J$\alpha$-like gene that inserts partial nucleotide sequences in a D-gene manner. J Invest Dermatol. 724, 2007.

Tsinajinnie, D, Reardon, C, Bagdade, J. Pro-inflammatory effects of apolipoprotein CIII on THP-1 cells. American Heart Association, 2009.

Tsinajinnie, D, Reardon, C, Franco, D, Bagdade, J. Pro-inflammatory effects of apolipoprotein CIII on monocytic cells. International Symposium on Atherosclerosis, 2009.

Franco, D, Reardon CL. Vasorin expression during mouse B cell development. American Assoc.Immunologists, 2009.

Reardon, CL. TCRJ and BCRJ gene segments contain 5' D-like sequences that contribute to repertoire diversity. American Assoc.Immunologists, 2009.

Franco, D, Reardon CL. Expression of apolipoprotein J during V(D) J recombination. American Assoc.Immunologists, 2009.

Franco, D, Reardon CL. Downregulation of intracellular apolipoprotein D in DNA-PKcs-independent V(D)J recombination. American Assoc.Immunologists, 2010.

## Resident Seminars

(Given multiple times between 1990 – 2005)
T-Lymphocyte Immunobiology
B-Lymphocyte Immunobiology
Antigen Presentation
Corticosteroids and Signal Transduction
Langerhans Cells
Tumor Immunology
Dermatoscopy
Drug Eruptions
Resident Courses/ Textbook Reviews in:
    Immunology
    Molecular Biology
    Dermatology

# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Lawrence N. Cherry and Judy G. )
Cherry, husband and wife,      )
                               )
            Plaintiffs,        )
                               )
   vs.                         ) No. 2:15-cv-00236-PGR
                               )
United States of America; et al., )
                               )
            Defendants.        )
_____)

DEPOSITION OF CHRISTOPHER REARDON, M.D.

Phoenix, Arizona
August 14, 2015
9:26 a.m.

FOLDY REPORTING
4032 N. Miller Rd., Ste. 100
Scottsdale, AZ  85251
480.699.8002
Registered Reporting Firm R1004

Prepared by:
Leslie Foldy, RMR, CRR
Certified Court Reporter 50041

Prepared for:

(Copy)

Page 6

1  pretty much the same when you write them down. Okay?
2     A.  Certainly.
3     Q.  And everybody forgets that. I may prompt you.
4  I'm just trying to get a good transcript. I'm not trying
5  to pick on you.
6     A.  That will be great.
7     Q.  Because this is being recorded mechanically,
8  only one person can talk at a time. If we both start
9  talking over each other, she has to pick which one to
10 write down. So I'm going to ask you to allow me to
11 finish my questions all the way through to the end, even
12 though you're going to figure out where I'm going, and I
13 will try and allow you to give a complete answer. If I
14 interrupt you inadvertently, let me know. Okay?
15    A.  Okay.
16    Q.  Not every question I ask is going to be a model
17 of clarity. If at any point you don't understand the
18 question, you need me to clarify, restate, rephrase, or
19 you just want the court reporter to read back a question
20 so you can hear it again, all you have to do is ask.
21 Okay?
22    A.  Okay.
23    Q.  If you answer the question, I'm going to assume
24 you understood it. Fair enough?
25    A.  Yes.

Page 7

1     Q.  Okay. And then finally, just a reminder that
2  although we're doing this informally out of the presence
3  of the Court in my conference room, you are under oath
4  today and subject to the same penalty of perjury as you
5  would be in a court of law. You understand that?
6     A.  Yes.
7     Q.  Dr. Reardon, why don't you give me kind of a
8  capsule summary of your medical training, please.
9     A.  Well, I got an M.D. degree from the University
10 of Arizona in 1986. I did a medicine internship at
11 Thomas Jefferson University in Pennsylvania followed by
12 three years of dermatology residency training.
13 Afterwards, I also had a dermatology fellowship and
14 eventually stayed on as faculty at the University of
15 Arizona [sic] until I moved here.
16    Q.  Okay. And I needed to clarify that. First off,
17 where did you do the residency at?
18    A.  At the University of Colorado.
19    Q.  And that was a three-year dermatology residency?
20    A.  Yes.
21    Q.  And then you did dermatological immunology --
22    A.  Mostly research.
23    Q.  Where was that?
24    A.  University of Colorado.
25    Q.  And then did you stay on there and teach?

Page 8

1     A.  Yes.
2     Q.  How long were you teaching at University of
3  Colorado?
4     A.  It's about -- my whole time there was about 18
5  years starting from the residency. So I was -- actually,
6  during the fellowship, I was also an instructor, so I
7  also began sort of teaching then. So after my three
8  years -- so it's about 15 years.
9     Q.  When did you move to Arizona?
10    A.  2005.
11    Q.  Okay. Were you admitted to practice in that
12 year?
13    A.  Yes.
14    Q.  Okay. And where have you worked in Arizona?
15    A.  At the Phoenix VA.
16    Q.  Okay. That's been continuous since 2005?
17    A.  Yes.
18    Q.  And you're still there today?
19    A.  Yes.
20    Q.  I'm not really familiar with the field of
21 dermatological immunology. What does that comprise?
22    A.  There --
23    Q.  Allergic rashes?
24    A.  You know, basically, for one. For
25 histopathologists -- as part of our training, we learn

Page 9

1  histopathology, and dermatologists have been looking for
2  a long time, and when they look in the slides, they see
3  white blood cells of different types, and different ones
4  appear in different diseases, but no one ever knew why.
5  So there is a lot of research in dermatology to try to
6  figure out why they're there, what those cells are doing.
7  For example, is there some cells that help drive
8  psoriasis, for example.
9     Q.  So your time at University of Colorado, how much
10 of that was research primarily?
11    A.  When I was faculty, I did clinics and research.
12    Q.  Okay. And clinics were what?
13    A.  Seeing patients.
14    Q.  And you would be teaching residents or
15 fellowship students?
16    A.  Yes.
17    Q.  Give me an idea of the split in your time
18 between research activities and clinical activities at
19 the University of Colorado.
20    A.  I haven't thought about this for a while. Maybe
21 75 to 25. Mostly -- the bulk of the time was doing
22 research.
23    Q.  All right. And I take it now that you're at the
24 VA your time is all clinical time?
25    A.  Yes.

Page 18

1    MR. SMART: Objection, foundation and
2    form.
3    THE WITNESS: We also -- we sometimes
4    kept -- sometimes our own records on people, particularly
5    melanomas.
6    BY MR. CURTIN:
7    Q. When you say you kept your own records, first,
8    who is "we"?
9    A. Basically, on the computer, I might have a
10   reminder note.
11   Q. Under -- you mention melanomas. Were there
12   other conditions where you kept notes?
13   A. Not that I can recall at this time.
14   Q. Okay. Am I correct that in 2010, you worked
15   with a physician's assistant named Steve Carbonniere?
16   A. Yes.
17   Q. Okay. Were you his supervising physician?
18   A. Yes.
19   Q. Is he still employed at the VA?
20   A. Yes.
21   Q. Is he still employed in dermatology?
22   A. No.
23   Q. Where is he employed?
24   A. Pulmonary department, I believe.
25   Q. Okay. Was there a reason why he transferred out

Page 19

1    of dermatology?
2    A. To make more money.
3    Q. In 2010, were you supervising both of the P.A.s
4    in the department?
5    A. Yes.
6    Q. Okay. And just so I understand it, what level
7    or what activities does that supervision entail?
8    A. They are generally independent, but I'm
9    available if they have any questions.
10   Q. Okay. Do you see patients with a P.A.?
11   A. No, unless they ask me.
12   Q. Okay. I'll tell you that my client has
13   suggested to me that he thinks you were there for all or
14   most of the visits that he had with Mr. Carbonniere. Do
15   you think that might be true?
16   MR. SMART: Object to the form. I think
17   you can ask him the direct way, cleaner.
18   BY MR. CURTIN:
19   Q. 2010, were you attending the visits with
20   Mr. Cherry with Steve Carbonniere?
21   A. I believe when Steve asked me to come in and
22   take a look.
23   Q. How long had he been with the dermatology
24   section at that point?
25   A. It might have been a year perhaps. I don't

Page 20

1    recall. I'm just making a guess.
2    Q. Okay. Not really looking for you to guess in
3    response to my questions. If you don't know an answer,
4    it's okay to say you don't know.
5    Is there anything in the recordkeeping that's
6    done differently that would indicate whether or not you
7    attended a visit with Mr. Carbonniere or another P.A.?
8    A. Only if they documented it in the note.
9    Q. Was that always done?
10   A. I don't recall.
11   Q. What did you do to prepare for today's
12   deposition?
13   A. I -- we met and basically went over the records.
14   Q. And when you say "the records," which records?
15   A. Mr. Cherry's medical records.
16   Q. Did you review all of his medical records with
17   the VA?
18   A. When we met, we only -- we didn't go through all
19   of them.
20   Q. Were they records that Mr. Smart selected to
21   show you?
22   A. Yes, I think.
23   Q. And just so I get an understanding of this, did
24   you look at Steve Carbonniere's notes?
25   MR. SMART: Object to form.

Page 21

1    But you can answer that.
2    THE WITNESS: At least one, perhaps.
3    BY MR. CURTIN:
4    Q. Okay. Did you look at the notes that you
5    authored?
6    A. Yes.
7    Q. Okay. Did you look at pathology reports?
8    A. No.
9    Q. Did you look at pathology slides?
10   A. No.
11   Q. Did you look at any urology notes?
12   A. Yes, one.
13   Q. Which one?
14   A. It was the one when they were reviewing the CT.
15   Q. Once you became aware of the lawsuit, did you
16   speak to anybody else who was involved in his care?
17   MR. SMART: I'm going to object, but I can
18   tell you my objection is I assume you mean about the
19   case. That would be helpful.
20   MR. CURTIN: Yes. All right.
21   BY MR. CURTIN:
22   Q. After you became aware of the lawsuit, did you
23   speak to anybody else about Mr. Cherry's care?
24   MR. SMART: Again, sorry, I'm going to
25   clarify again. Now you dropped people who were involved

### Page 34

1  require multiple treatments. We treat them until they're
2  gone. They can have 10, 20 treatments until they're
3  gone.
4      Q.  Okay.
5      A.  I just -- yeah.
6      Q.  Go ahead.
7      A.  No, I just -- as the record shows, I considered
8  that possibility, that maybe I need to biopsy. But
9  doesn't mean I was going to necessarily do one.
10     Q.  All right. I'm going to mark this as Exhibit
11 Number 3, and for the record, this is a dermatology note
12 dated May 26, 2009, and its Bates number is 1254 and 55.
13         (Deposition Exhibit Number 3 was marked
14 for identification.)
15 BY MR. CURTIN:
16     Q.  Look at the bottom of the page there. Have I
17 identified that correctly for the record, Doctor?
18     A.  Yes.
19     Q.  Now, the only mention in this note that I can
20 see regarding the lesion on the penis is that the patient
21 reported that his penis lesion had completely healed.
22 Correct?
23     A.  Yes.
24     Q.  I don't see anything under your objective
25 findings that indicates that you examined his penis.

### Page 35

1      A.  No.
2      Q.  Did you?
3      A.  No.
4      Q.  Okay. And I just -- what I want to understand
5  is this. For you as a trained dermatologist, if somebody
6  has a treated lesion that is squamous cell carcinoma in
7  situ, can you tell by a simple visual examination of his
8  skin whether it's really resolved?
9         MR. SMART: Objection to form.
10        You can answer.
11        THE WITNESS: Restate the question,
12 please.
13        MR. CURTIN: Can you read that back?
14        (Record read as follows:
15        QUESTION: What I want to understand
16    is this. For you as a trained
17    dermatologist, if somebody has a treated
18    lesion that is squamous cell carcinoma in
19    situ, can you tell by a simple visual
20    examination of his skin whether it's really
21    resolved?)
22        MR. SMART: Same objection.
23        If you understand the question, you can
24 answer.
25        THE WITNESS: Are you talking about in

### Page 36

1  reference to this note?
2  BY MR. CURTIN:
3      Q.  No. Just as a principle, Doctor. Can you tell
4  just by looking -- doing a skin exam whether squamous
5  cell carcinoma in situ has resolved?
6      A.  Generally, yes.
7      Q.  What if the squamous cell is arising in the
8  dermal layer? Can you tell from inspection of the skin
9  whether it's resolved?
10     A.  If it's arising from the dermis, it's in a
11 vertical growth phase. I wouldn't even -- that's
12 unlikely to go away. It's unlikely to resolve.
13     Q.  Okay. I want you to take a look next at Exhibit
14 Number 4, which is a dermatology note dated January 13,
15 2010. This would be Bates numbers 439 and 440.
16        (Deposition Exhibit Number 4 was marked
17 for identification.)
18 BY MR. CURTIN:
19     Q.  For the record, have I identified that
20 correctly?
21     A.  Yes.
22     Q.  Can you tell from reading this record whether
23 you were present for part or all of this visit between
24 Mr. Cherry and Steve Carbonniere?
25     A.  Well, the note indicates he just discussed

### Page 37

1  Mr. Cherry with me.
2      Q.  Do you have a recollection if you were present
3  for all or part of this visit?
4      A.  I believe that I saw it.
5      Q.  You believe you saw the lesion on January 13?
6      A.  Yes.
7      Q.  Did Mr. Carbonniere call you in to the visit at
8  some point?
9      A.  I believe so.
10     Q.  How much of the visit do you recall being
11 present for?
12     A.  I think I was there when he looked at -- enough
13 to basically look at the lesion.
14     Q.  And then after the visit, you discussed things
15 with Mr. Carbonniere?
16     A.  I believe so. That would be the pattern.
17     Q.  Okay. Now, at this point he's described as
18 having a 6- by 4-millimeter erythematous papule on the
19 tip of his penis which was adjacent to the meatus but not
20 apparently invading the meatus. Am I capturing that
21 correctly?
22     A.  That's what he says.
23     Q.  Okay. Did you agree with that description?
24     A.  No.
25     Q.  What do you think should have been the correct

Page 42

1  Q. Now, at this point, biopsy was offered to
2  Mr. Cherry, but he was reluctant to go forward with that;
3  correct?
4  A. Yes.
5  Q. Were you there for that discussion?
6  A. I don't recall.
7  Q. Mr. Carbonniere diagnosed this as likely early
8  squamous cell carcinoma. Do you see that?
9  A. Yes.
10  Q. Did you concur --
11  A. No.
12  Q. -- with that diagnosis?
13  A. No.
14  Q. What was your impression?
15  A. Squamous cell carcinoma in situ.
16  Q. Okay. Just so I understand, this is the now
17  third time that he has had a lesion on the glans of his
18  penis. What has changed now that makes this more likely
19  to be squamous cell carcinoma in situ?
20  A. With change -- it always has been.
21  Q. Okay.
22  A. I mean, from when we were first calling it --
23  when he had an erythematous patch on his penis, from that
24  time forward, it's been squamous carcinoma in situ.
25  Q. So, back in 2009 when you were seeing him, it

Page 43

1  was squamous cell carcinoma in situ?
2  A. For the crusty penis or when I thought it was a
3  wart, I would say no.
4  Q. Okay. So what is it is about the appearance or
5  the characteristics of this lesion on this occasion that
6  causes you to say, okay, this is no longer a wart, this
7  is squamous cell carcinoma in situ?
8  A. Being sort of an erythematous patch with sharp
9  borders.
10  Q. Okay. Now, Mr. Carbonniere's suggested
11  treatment for this was Efudex for two weeks followed by
12  desonide; correct?
13      MR. SMART: Object to form.
14      THE WITNESS: Yes.
15  BY MR. CURTIN:
16  Q. Is that something you discussed with him and
17  concurred with?
18  A. No.
19  Q. What is Efudex?
20  A. It's 5-fluorouracil.
21  Q. So, essentially a topical chemotherapy drug,
22  isn't it?
23  A. Yes.
24  Q. What kind of effect does Efudex have on the
25  patient's skin?

Page 44

1  A. On normal skin, nothing. It targets abnormal
2  skin.
3  Q. Okay. Does it produce any unpleasant effects?
4  A. On normal skin -- well, on the lesion itself, it
5  will cause redness.
6  Q. Okay. Is it uncomfortable?
7  A. It can be.
8  Q. Painful?
9  A. For some individuals.
10  Q. Recognizing, of course, that the glans of the
11  penis tends to be one of the more sensitive areas of the
12  body, would it be more likely to cause discomfort on the
13  head of the penis?
14  A. It could cause discomfort on the head of the
15  penis.
16  Q. Okay. Did Mr. Carbonniere discuss his treatment
17  plan with you at all?
18  A. Oh, it's possible we talked about -- that we did
19  talk about using the Efudex, but I would have told him to
20  use it longer.
21  Q. And I was curious about that. Is there protocol
22  for using Efudex?
23  A. It's based upon our experience.
24  Q. Typically if you were attempting to cure a
25  lesion with Efudex, do you use a longer period of

Page 45

1  application?
2      MR. SMART: Objection to form.
3      You can answer.
4      THE WITNESS: It depends upon what I was
5  treating.
6  BY MR. CURTIN:
7  Q. Assuming you were treating a suspected squamous
8  cell carcinoma in situ.
9  A. I would use it for four weeks.
10  Q. Now, Mr. Carbonniere has indicated that the two
11  weeks of Efudex would be both diagnostic and therapeutic,
12  and I think I understand that. Diagnostic in the sense
13  that if the lesion reacted, that would, in essence,
14  confirm that these were abnormal cells; correct?
15  A. Yes.
16  Q. Would it necessarily confirm that they were
17  squamous cell carcinoma in situ?
18      MR. SMART: Objection.
19      As compared to what?
20      MR. CURTIN: All the other varieties of
21  abnormal cells.
22      MR. SMART: Okay.
23      THE WITNESS: Well, clinically that's what
24  we were treating.
25  / /

Page 46

BY MR. CURTIN:
Q. Okay. So if the cells reacted, that would be at least somewhat confirmatory of the diagnosis of squamous cell carcinoma in situ?
A. Well, that plus resolution.
Q. And then therapeutic, we've already talked about your proposed treatment, which would have involved a longer period of Efudex in order to complete the therapy?
A. That's my sort of general protocol.
Q. Okay. Let me make sure I've got this right. You don't recall being there when Mr. Cherry declined the biopsy?
A. I don't recall being there for that.
Q. And you don't know what Mr. Carbonniere explained to Mr. Cherry about the risks and benefits of the biopsy versus treatment with Efudex?
A. I'm not sure what he would -- I wasn't there for the conversation.
Q. What would a reasonable and prudent dermatologist tell a patient about biopsy versus Efudex?
    MR. SMART: Objection, calls for speculation.
BY MR. CURTIN:
Q. He doesn't think you know what a reasonable and prudent dermatologist would say.

Page 47

    MR. SMART: Same objection.
BY MR. CURTIN:
Q. Can you answer my question, please?
    Well, let me lay a little foundation.
    I take it you've had conversations with patients about whether to have a biopsy of a lesion or proceed to treat it with topical treatment?
A. No.
Q. You've never done that?
A. What I -- well, I would strongly encourage the biopsy. If they absolutely refused, I would need to try to treat them with something until I could convince them. So I might do it under those circumstances, to start something if they refused about doing a biopsy.
Q. Okay. So one of the things that you would do as a reasonable and prudent dermatologist is really strongly encourage the patient to get the lesion biopsied?
    MR. SMART: Object to the form.
    THE WITNESS: Yes.
BY MR. CURTIN:
Q. And in service of that end, I take it you would explain to them the potential risks of squamous cell carcinoma and squamous cell carcinoma in situ?
    MR. SMART: Objection, foundation.
    THE WITNESS: Under these circumstances,

Page 48

knowing that I was treating with squamous cell carcinoma in situ, I would mention that.
BY MR. CURTIN:
Q. I guess what I'm trying to understand is what would you tell the patient to convince them to have a biopsy of the head of their penis?
    MR. SMART: Objection, foundation.
    You can answer.
    THE WITNESS: I think it would help just to get a little bit more information.
BY MR. CURTIN:
Q. Would you talk to them about any risks of not getting the biopsy done?
A. Just primarily we would not know for sure what we were treating, although the response to Efudex does help us in that way.
Q. Okay. Now, was Efudex FDA-approved for treatment of squamous cell carcinoma in situ in 2010?
A. No. It's off-label.
Q. Is that still true today?
A. Yes.
Q. Is that something that should be discussed with a patient that you're proposing to treat with Efudex?
    MR. SMART: Objection, foundation.
    You can answer.

Page 49

    THE WITNESS: We've been using it for 30 to 40 years.
BY MR. CURTIN:
Q. Okay. So do you tell patients it's FDA-approved, or tell them it's not FDA-approved, or just not do that?
A. We generally don't do that.
Q. What is the efficacy of Efudex for treatment of squamous cell carcinoma in situ?
    MR. SMART: Objection to form.
    You can answer.
    THE WITNESS: They are what you find in the literature, but my experience, it's been 100 percent.
BY MR. CURTIN:
Q. Okay. 100 percent of five cases?
A. If we're talking about squamous cell carcinoma in situ of the penis, but I see squamous cell carcinoma in situ on all areas of the body.
Q. What does the literature say about the efficacy of squamous cell carcinoma in situ treated with Efudex?
A. I think they report -- maybe it's, I don't know, somewhere between 30 to 40 percent in the literature.
Q. And what's the rate of recurrence for squamous cell carcinoma in situ treated with Efudex according to the literature?

Page 58

1  BY MR. CURTIN:
2  Q. -- both at the lateral margin and at the deep
3  margin?
4  A. For squamous cell carcinoma in situ, it would
5  probably be a little bit behind.
6  Q. Can you tell from the biopsy data how much is
7  left behind?
8  A. No.
9  Q. Okay. Did you speak to Dr. Felty-Duckworth
10  about this biopsy finding?
11  A. No.
12  Q. And I want to make sure I'm clear on your
13  testimony on this point. Are you telling me that even
14  though invasive squamous cell carcinoma is on the
15  differential, in your opinion, it's not necessary for a
16  reasonable and prudent dermatologist to attempt to work
17  up the lesion to see if there is invasive carcinoma?
18      MR. SMART: Objection to form, foundation,
19  and calls for speculation.
20      THE WITNESS: Again, based on my many
21  years of looking at squamous cell carcinoma in situ, this
22  lesion was basically classic for that. The biopsy only
23  basically confirmed my beliefs.
24  BY MR. CURTIN:
25  Q. My question was somewhat different than that.

Page 59

1  Maybe I can make it simpler.
2      Are you telling me that there is nothing in this
3  biopsy report that would require a reasonable and prudent
4  dermatologist to evaluate the patient for invasive
5  squamous cell carcinoma?
6      MR. SMART: Objection again, form,
7  foundation, speculation.
8      THE WITNESS: It depends.
9  BY MR. CURTIN:
10  Q. Okay. What does it depend on?
11  A. If you really weren't sure what the lesion was,
12  you would biopsy it again. But if you were pretty sure
13  with your clinical judgment what it was, you wouldn't
14  need to biopsy it again.
15  Q. Okay. Who was it that was making the decision
16  at this point whether to biopsy it again? Was it you?
17  A. I believe we talked about it.
18  Q. Okay. So at this point, your best recollection
19  is that Mr. Carbonniere came to you, talked to you about
20  the biopsy results, indicated that the margins were
21  positive, and you approved his treatment plan of two
22  weeks of Efudex. Is that your testimony?
23  A. I think we talked about -- we talked about -- we
24  talked about using Efudex. I didn't tell him a time.
25  Q. Did he tell you what he proposed to do?

Page 60

1  A. No.
2  Q. Okay. So rather than Mr. Carbonniere deciding
3  whether or not to do a second biopsy, you made that
4  decision?
5  A. I believe so.
6  Q. Okay. And you were sure that your clinical
7  impression of squamous cell carcinoma was confirmed by
8  this biopsy?
9      MR. SMART: Objection, foundation.
10  BY MR. CURTIN:
11  Q. Is that your testimony?
12      MR. SMART: Objection again.
13  BY MR. CURTIN:
14  Q. Go ahead.
15      MR. SMART: Can you repeat the question so
16  he can hear the terminology you just used?
17      MR. CURTIN: Sure.
18      (Record read as follows:
19      QUESTION: And you were sure that
20      your clinical impression of squamous cell
21      carcinoma was confirmed by this biopsy?)
22  BY MR. CURTIN:
23  Q. Okay. He's right. I'll fix that.
24      You were sure at this point that your clinical
25  impression of squamous cell carcinoma in situ had been

Page 61

1  confirmed by this biopsy?
2  A. Yes.
3  Q. And you were, therefore, confident that a second
4  biopsy was unnecessary?
5  A. Yes.
6  Q. And you were sure that this was not invasive
7  squamous cell carcinoma?
8  A. There were no signs of vertical growth, yes.
9  Q. And you were also sure that there was no need
10  for a urology consult?
11      MR. SMART: At this time?
12  BY MR. CURTIN:
13  Q. At this time.
14  A. Not at this time.
15  Q. Okay. Because you were confident that there had
16  been no invasion of the mucosa of the meatus?
17  A. The meatus looked normal.
18  Q. And in your experience, it's obvious to visual
19  inspection if a meatus has been invaded?
20  A. It's at the tip of it.
21      MR. SMART: John, when you get to a point,
22  I'd like to take a break. I won't interrupt your time
23  here, but when we get to a point that works.
24      MR. CURTIN: All right.
25  / /

**Page 70**

1  Q. Okay.
2     MR. SMART: And that's at this time?
3     MR. CURTIN: Yes. January 2010.
4  BY MR. CURTIN:
5  Q. Do you know if anybody told Mr. Cherry that he
6  had positive margins?
7  A. Not to my knowledge.
8  Q. Okay. Let's go to Exhibit Number 7.
9     Actually, I think I can skip that. I think that
10 may shorten this up.
11    Do you know who Karen Land is?
12 A. Yes.
13 Q. Who is Karen Land?
14 A. I believe she was our nurse at the time.
15 Q. Is she an LPN?
16 A. Yes.
17 Q. Would Karen Land have been knowledgeable enough
18 to discuss risks, benefits, and alternatives of treatment
19 with a patient?
20    MR. SMART: Objection, foundation.
21    You can answer if you know.
22    THE WITNESS: Perhaps in some
23 circumstances.
24 BY MR. CURTIN:
25 Q. Okay. Would Karen Land have been in a position

**Page 71**

1  to discuss risks, benefits, and alternatives of Efudex
2  treatment with Mr. Cherry?
3  A. Having used it herself, she might have had
4  some -- she might be able to tell him about what to
5  expect.
6  Q. Okay. But in terms of advising him or giving
7  him alternatives, she would not be competent to do that;
8  fair statement?
9  A. She would -- yes.
10 Q. Would Karen Land be competent to explain the
11 biopsy findings to Mr. Cherry and answer questions about
12 their significance?
13 A. She can relay the biopsy findings.
14 Q. Okay. Well, I understand she can read them over
15 the phone to the patient. Is she qualified to explain
16 them to the patient and answer questions?
17 A. All I can say is in a limited fashion.
18    MR. CURTIN: Okay. We're going to mark as
19 Exhibit Number 7 a dermatology note dated March 5, 2010,
20 and this is Bates number 434.
21    (Deposition Exhibit Number 7 was marked
22 for identification.)
23 BY MR. CURTIN:
24 Q. Okay. For the record, have I described that
25 correctly?

**Page 72**

1  A. Yes.
2  Q. Okay. This is another visit with
3  Mr. Carbonniere; correct?
4  A. Yes.
5  Q. Do you know if you were present for this visit?
6  A. I don't recall.
7  Q. Okay. At this point, what's described as mild
8  hyperpigmentation on the glans penis around the dorsal
9  urethral meatus; no erythema, crust, or roughness; no
10 invasion seen into the meatus --
11    Is he describing a resolved lesion?
12 A. Yes.
13 Q. Okay. What I'm confused about here, Doctor, is
14 he's describing the dorsal urethral meatus. That's the
15 underside, isn't it?
16 A. No, it's the dorsal; it's the top side.
17 Q. Okay. Oh, like dorsal fin. All right.
18    So that would be the same area as the anterior
19 meatus --
20 A. Yes.
21 Q. -- just alternative terms?
22    Okay. And to what would you attribute the
23 hyperpigmentation?
24 A. That's the result of resolving inflammation.
25 It's a normal finding.

**Page 73**

1  Q. Can you rule out or can you determine that
2  squamous cell carcinoma has been resolved based on visual
3  exam?
4     MR. SMART: Objection to form.
5     In situ or --
6  BY MR. CURTIN:
7  Q. In situ.
8  A. Yes.
9  Q. Okay. So, at this point, the squamous cell
10 carcinoma in situ is completely gone?
11 A. When there is no more redness, it suggests that
12 it's gone.
13 Q. So at this point there is still some redness;
14 correct? Isn't that what mild hyperpigmentaion means?
15 A. No, mild hyperpigmentaion is brown.
16 Q. So the head of his penis has turned brown?
17 A. A little brown.
18    MR. CURTIN: All right. Let's mark
19 Exhibit Number 8. For the record, this is a dermatology
20 note dated February 9, 2011, Bates number 404 and 405.
21    (Deposition Exhibit Number 8 was marked
22 for identification.)
23 BY MR. CURTIN:
24 Q. And you'll confirm that I've identified that
25 correctly for the record, please?

Page 74

1  A. Yes.
2  Q. Okay. First question I have is it indicates
3  that he's assisted by Christopher Gordon -- this is --
4      First off, this is a visit with Mr. Carbonniere?
5  A. Yes.
6  Q. It says he's assisted by Christopher Gordon,
7  M.D.
8  A. That's a typo. That should be Christopher
9  Reardon.
10 Q. Christopher Reardon. Okay.
11     So were you present for this visit?
12 A. Wait a minute. Let's back up for a minute.
13 I've made that assumption that it was maybe a typo.
14 "Assisted by" he would not use with me, but he would use
15 it if a resident was with him. So this may actually be a
16 resident and not a typo.
17 Q. Do you recall there being a resident named
18 Christopher Gordon?
19 A. We have so many of them. But that is kind of
20 typically the way we write when they are sort of in there
21 with us.
22 Q. Okay. Aren't residents usually designated
23 somehow in terms of what level of resident they are,
24 whether they're a resident or an attending?
25 A. Yes.

Page 75

1  Q. Okay. So this may be a typo; it may not be?
2  A. I'm now thinking, like I said, the fact it says
3  "assisted by," and Steve just didn't put in his PGY year.
4  Q. So you think this was definitely a resident?
5  A. Yeah. Initially was thinking it was a typo, but
6  the "assisted by" is actually a clue to me that this is a
7  resident.
8      MR. SMART: If I could ask something and
9  clear this up --
10     Is there a way to confirm who the
11 residents were at any particular time in your department?
12     THE WITNESS: We have a logbook, and we
13 make them all log in. That could be one way. The other
14 way is contacting, you know, Banner or such.
15     MR. SMART: So we could try and do that
16 for you to find out whether it is a typo or that so that
17 we're not relying on memory.
18     THE WITNESS: Yeah.
19     MR. SMART: Sorry. Go ahead.
20 BY MR. CURTIN:
21 Q. Regardless of whether this is a resident or not,
22 do you have any recollection of being present for all or
23 part of the visit of February 9, 2011?
24 A. I don't recall.
25 Q. At this point the patient has what's described

Page 76

1  as a 6-millimeter by 3-millimeter erythematous, pink,
2  scaly papule on the tip of the penis circumscribing the
3  anterior aspect of the urethral meatus.
4      But again, there is no erythema visualized in
5  the meatus; correct?
6  A. That's what he says.
7  Q. Okay. That's very similar to the description of
8  the lesion treated a year earlier with Efudex, isn't it?
9      MR. SMART: If you need to look at the
10 other records --
11     THE WITNESS: For this time in which he
12 did the biopsy?
13 BY MR. CURTIN:
14 Q. Yeah.
15 A. Yeah, it looks similar.
16 Q. It's in virtually the same location as the prior
17 lesion; correct?
18 A. Picture -- just based on the description,
19 perhaps.
20 Q. Okay. Do you know if there was a picture taken
21 at this time?
22 A. No. Only if biopsies are done.
23 Q. Okay. At this point -- well, at this point
24 Mr. Carbonniere apparently diagnosed a likely
25 reoccurrence of the squamous cell carcinoma on the tip of

Page 77

1  the penis; correct?
2  A. Yes.
3  Q. Okay. Do you agree with that diagnosis?
4  A. Well, not having seen it at that time, I would
5  say probably most likely, but I'm speculating because I
6  didn't see it.
7  Q. Okay. Would it have been unreasonable at this
8  time to do a referral to urology?
9  A. Considering there is no changes in the meatus,
10 I'm not sure that would be needed at this point.
11 Q. Okay. Would it have been contraindicated at
12 this point?
13 A. No.
14 Q. Do you see any indication that a referral to
15 urology was offered at this point?
16 A. Not that I see in the note.
17 Q. Now, you weren't present, so I guess you can't
18 tell us anything about what the discussion was or wasn't
19 regarding biopsy?
20     MR. SMART: Objection, foundation.
21     It's not his prior testimony. He said he
22 didn't recall.
23 BY MR. CURTIN:
24 Q. Okay. Are you going to testify that you have
25 some recollection of a discussion regarding biopsy from