ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

ADAM R. SMART (NC Bar No. 31797)
KATHERINE R. BRANCH (AZ Bar No. 025128)
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Facsimile:   602-514-7760
Email: Adam.Smart@usdoj.gov
        Katherine.Branch@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lawrence N. Cherry and Judy G. Cherry, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America; John Does and Jane Does I through X,<br><br>Defendants. | CV 15-00236-PHX-GMS<br><br>**INDEX OF EXHIBITS TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION IN LIMINE** |

| Ex. | Exhibit Description |
|---|---|
| A | Dr. Reardon's Deposition Excerpts |
| B | Physician Assistant Steven Carbonniere's Deposition Excerpts |