ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

ADAM R. SMART (NC Bar No. 31797)
KATHERINE R. BRANCH (AZ Bar No. 025128)
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Facsimile:   602-514-7760
Email: Adam.Smart@usdoj.gov
              Katherine.Branch@usdoj.gov
*Attorneys for the United States of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lawrence N. Cherry and Judy G. Cherry, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>United States of America; John Does and Jane Does I through X,<br><br>　　　　　　　Defendants. | CV 15-00236-PHX-GMS<br><br>**INDEX OF EXHIBITS TO MOTION IN LIMINE RE: TO PARTIALLY PRECLUDE EXPERT OPINION TESTIMONY OF VALERIE LUETHGE-STERN** |

| Ex. | Exhibit Description |
|---|---|
| A | Valerie A. Luethge-Stern, PA-C, Resume |
| B | Deposition of Valerie A. Luethge-Stern, PA-C Excerpts |
| C | Website Printout for Dr. Marc Mani |
| D | *The New York Times* Article on Arnold Klein MD |
| E | Website Printout for AWK Dermatology Inc. |
| F | Linked in Website Printout for Valerie Luethge-Stern PA-C MPAS |
| G | Website Printout for Alma Lasers |

| | | |
|---|---|---|
| 1 | H | Website Printout for Eclipse |
| 2 | I | Website Printout of National Cancer Institute: Penile Cancer Treatment (PDQ) |
| 3 | J | 2-10-17 Email |
| 4 | K | Website Printout of The Skin Cancer Foundation: Mohs Micrographic Surgery: An Overview |
| 5 | | |
| 6 | L | Stanley, Medscape Article, 14 pages |
| 7 | M | Parker, Medscape Article, 3 pages |
| 8 | N | Micali, Medscape Article, 25 pages |
| 9 | O | Chartier, Medscape Article, 25 pages |